1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9

10

| | |
|---|---|
| SUSAN H. CHADD, as personal Representative of the ESTATE of ROBERT M. BOARDMAN, deceased, and for herself, and JACOB A. HAVERFIELD, | CASE NO. 11-5894 RJB |
| | ORDER GRANTING MOTION FOR RELIEF FROM A DEADLINE AND RENOTING MOTION |

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

18       This matter comes before the Court on the Plaintiff's Motion for Relief from Deadline

19   and Motion to Continue Hearing on Defendant's Motion to Dismiss Based upon the

20   Discretionary Immunity Exception Pending the Court's Ruling on Defendants' Motion to

21   Dismiss for Lack of Jurisdiction.  Dkt. 18.  The Court has considered pleadings filed regarding

22   the motion and the record.

23       Plaintiffs file this Federal Tort Claims Act ("FTCA") case against the United States

24   stemming from a fatal mountain goat attack which occurred in Olympic National Park.  Dkt. 1.

1   On March 28, 2012, Defendant filed a Motion to Dismiss, asserting that this Court lacks subject

2   matter jurisdiction over Plaintiffs' claims because of the discretionary function exception to

3   liability under the FTCA.  Dkt. 12.

4       On April 16, 2012, this Court denied, without prejudice, the Defendants' motion to stay

5   discovery.  Dkt. 23.  That Order held that "[i]n order to fully and fairly consider the issues raised

6   by Defendant's assertion of the discretionary exception defense, the motion to stay discovery

7   should be denied without prejudice."  *Id.*

8       In the pending Motion, Plaintiffs seek more time to respond to the Defendant's Motion to

9   Dismiss.  Dkt. 18.  Plaintiffs argue that more discovery is necessary.  Dkt. 18.  Plaintiffs argue

10  that the Motion to Dismiss should be renoted to July 13, 2012, in order to give the parties the

11  time for the necessary discovery and an opportunity to fully brief the issues.  The United States

12  does not oppose this motion.  Dkt. 32.

13      Plaintiff's motion for relief from a deadline and motion to continue the United States'

14  motion to dismiss (Dkt. 18) should be granted.  The United States' Motion to Dismiss (Dkt. 12)

15  should be renoted to July 13, 2012.  Parties' response and reply briefs, if any, should be filed in

16  accordance with the Federal Rules of Civil Procedure and the Western District of Washington's

17  Rules of Civil Procedure.

18      Accordingly, it is hereby **ORDERED** that:

19  - The Plaintiff's Motion for Relief from Deadline and Motion to Continue Hearing

20      on Defendant's Motion to Dismiss Based upon the Discretionary Immunity

21      Exception Pending the Court's Ruling on Defendants' Motion to Dismiss for

22      Lack of Jurisdiction (Dkt. 18) **IS GRANTED**;

23

24

ORDER GRANTING MOTION FOR RELIEF
FROM A DEADLINE AND RENOTING MOTION-
2

1

- The United States' Motion to Dismiss (Dkt. 12) **IS RENOTED** to **JULY 13,**

2

  **2012;** and

3

- Parties' response and reply briefs, if any, **SHALL** be filed in accordance with the

4

  Federal Rules of Civil Procedure and the Western District of Washington's Rules

5

  of Civil Procedure.

6

The Clerk is directed to send uncertified copies of this Order to all counsel of record and

7

to any party appearing *pro se* at said party's last known address.

8

Dated this 23rd day of April, 2012.

9

10

_____

11

ROBERT J. BRYAN
United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER GRANTING MOTION FOR RELIEF
FROM A DEADLINE AND RENOTING MOTION-
3