IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SUSAN M. CHADD, as Personal Representative of the ESTATE of ROBERT M. BOARDMAN, deceased, and for herself, and JACOB A. HAVERFIELD,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, NATIONAL PARK SERVICE<br><br>Defendant. | No. 3:11-cv-05894<br><br>REPRESENTATION STATEMENT |

The parties to this action are as follows:

1. Susan M. Chadd for herself and as personal representative of the Estate of Robert M. Boardman

2. The United States of America, National Park Services.

REPRESENTATION STATEMENT - 1

MASTERS LAW GROUP, P.L.L.C.
241 Madison Ave. North
Bainbridge Island, WA 98110
(206) 780-5033

Ms. Chadd is represented by:

Shelby R. Frost Lemmel
Kenneth W. Masters
Masters Law Group
241 Madison Avenue North
Bainbridge Island, WA 98110
(206) 780-5033

John L. Messina, Stephen L. Bulzomi
Jeremy A. Johnston, James W. McCormick
MESSINA BULZOMI CHRISTENSEN, P.S.
5316 Orchard Street West
Tacoma WA  98467
(253) 472-6000

The United States of America, National Park Services is represented by:

Kristin B. Johnson, Esq.
United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA  98101
(206) 553-7970

Kelly Powell
U.S. Department of the Interior
Office of the Solicitor
Pacific NW Region
805 SW Broadway
Portland, OR 97205-3346
(503) 231-2126

Dated this 12th day of December, 2012.

MASTERS LAW GROUP, P.L.L.C.

  s/Kenneth W. Masters
Kenneth W. Masters, WSBA 22278
Shelby R. Frost Lemmel, WSBA 33099
241 Madison Avenue North
Bainbridge Island, WA 98110
(206) 780-5033

REPRESENTATION STATEMENT - 2

CERTIFICATE OF SERVICE

I certify that on the 12th day of December, 2012, I caused the foregoing to be electronically with the Clerk of the Court by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

<u>Co-counsel for Plaintiffs</u>

John L. Messina
Stephen L. Bulzomi
Jeremy A. Johnston
James W. McCormick
MESSINA BULZOMI CHRISTENSEN, P.S.
5316 Orchard Street West
Tacoma WA  98467

<u>Counsel for Defendant</u>

Kristin B. Johnson, Esq.
United States Attorney
700 Stewart St Ste 5220
Seattle, WA  98101

Kelly Powell
US Department of the Interior
Office of the Solicitor
Pacific Northwest Region
805 SW Broadway
Portland, OR 97205-3346

    _s/ Kenneth W. Masters_____
    Kenneth W. Masters, WSBA 22278
    Counsel for Plaintiffs

REPRESENTATION STATEMENT - 3

MASTERS LAW GROUP, P.L.L.C.
241 Madison Ave. North
Bainbridge Island, WA 98110
(206) 780-5033